```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

TAMMY M. STEVENS                                         PLAINTIFF

v.                          Case No. 06-5097

ATLANTIC SOUTHEAST AIRLINES, INC.,
d/b/a Delta Airlines                                     DEFENDANT

**ORDER**

Currently before the Court is plaintiff's counsel's **Motion to Withdraw (Doc. 12).** Counsel states that plaintiff has failed to contact him regarding answers to interrogatories and has failed to respond to counsel's phone messages. Upon due consideration, the **Motion to Withdraw (Doc. 12)** is **GRANTED.**

The United States District Court Clerk is directed to forward a copy of this order to plaintiff at the following addresses:

> 404 Terrapin Drive
> Killeen, Texas 76542
>
> and
>
> P.O. Box 1618
> Gentry, Arkansas 72734

Plaintiff is hereby ordered to advise the Court by November 13, 2006, whether or not she intends to proceed with this action. If plaintiff does intend to do so, plaintiff shall have until the November 13th date to either notify the Court of her intention to proceed pro se or to have an attorney enter an appearance on her behalf.

**Plaintiff is advised that her failure to comply with this order may result in the dismissal of her action.**

IT IS SO ORDERED this 2rd day of October 2006.

                                                  /S/JIMM LARRY HENDREN
                                                  JIMM LARRY HENDREN
                                                  UNITED STATES DISTRICT JUDGE