IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TAMMY M. STEVENS                                                     PLAINTIFF

v.                           Case No. 06-5097

ATLANTIC SOUTHEAST AIRLINES, INC.,
d/b/a Delta Airlines                                     DEFENDANT

**ORDER**

On October 23, 2006, the Court entered an order permitting plaintiff's counsel to withdraw after counsel indicated that plaintiff had failed to contact him regarding answers to interrogatories and had failed to respond to counsel's phone messages. (Docs. 12, 13.)

The Court granted plaintiff until November 13, 2006, to advise the Court of whether or not she intended to proceed with the action pro se or have an attorney enter an appearance on her behalf. The Court advised plaintiff that the failure to comply with this order could result in the dismissal of her action.

As of this date, plaintiff has not complied with the Court's order or communicated to the Court in any way that she intends to proceed with this action. Accordingly, plaintiff's case is hereby **DISMISSED WITHOUT PREJUDICE** on the grounds that she has failed to prosecute it and has failed to comply with a Court order. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED this 16th day of November 2006.

                                                /S/JIMM LARRY HENDREN
                                                JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE